JS-6

FOGEL & ASSOCIATES
JOSEPH S. FOGEL [SBN 156746]
DENISE HSU SZE [SBN 238511]
15260 Ventura Boulevard, Suite 2250
Sherman Oaks, California 91403-5338
telephone   (818) 986-7100
fax             (818) 986-7106

*Attorneys for Plaintiff* KENNETH MAN KIN WONG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| KENNETH MAN KIN WONG, an individual;<br><br>Plaintiff,<br>v.<br><br>PRO PERFORMANCE SPORTS, LLC, a California Limited Liability Company; PRO PERFORMANCE PRODUCTS, LLC, a California Limited Liability Company; and DOES 1 through 10, Inclusive;<br><br>Defendants. | Case No. CV 09-3438PA (SSx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION FOR DISMISSAL** |

-1-

1     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the
2 stipulation of the parties to the action, the Court hereby orders the dismissal with
3 prejudice of the action in its entirety against Defendants Pro Performance Sports,
4 LLC and Pro Performance Products, LLC (collectively "Pro Performance
5 Defendants"), including all the claims in the complaint against the Pro
6 Performance Defendants and counterclaims against Plaintiff Kenneth Man King
7 Wong. Each party shall bear their own attorneys' fees, expenses, and costs.

10 IT IS SO ORDERED:

12 DATED: March 1, 2010

13                     THE HONORABLE JUDGE PERCY ANDERSON
                       UNITED STATES DISTRICT JUDGE